UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KING EDWARD SHERMAN, JR.,

    Petitioner,

v.                                    CASE NO.  5:17cv204-MCR-MJF

MARK S. INCH,

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 24, 2020. ECF No. 46. The parties were provided a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

*Page 2 of 2*

Accordingly, it is **ORDERED**:

1.      The Magistrate Judge's Report and Recommendation, ECF No. 46, is adopted and incorporated by reference in this Order.

2.      The third amended petition for writ of habeas corpus, ECF No. 34, challenging the judgment of conviction and sentence in *State of Florida v. King Edward Sherman, Jr.*, Jackson County Circuit Court Case No. 2010-CF-718, is **DENIED**.

3.      A certificate of appealability, ECF No. 47, is **DENIED**.

4.      The clerk is directed to close this case file.

**DONE AND ORDERED** this 13th day of August 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

*Case No. 3:19cv3199-MCR/MJF*